# Order

Michigan Supreme Court
Lansing, Michigan

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143450(60)

TROYER POTATO PRODUCTS, INC.,
      Plaintiff-Appellant,

v

                                   SC: 143450
                                   COA: 292666
                                   Eaton CC: 07-001456-CK

JOHN OAKLEY and RICK NOBACH,
      Defendants-Appellees.
_____/

      On order of the Court, the motion for reconsideration of this Court's October 24, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012
                                            Clerk

d0227